UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-225 (PAM/SRN) |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| Michael Edward Nicholson, | |
| Defendant. | |

This matter is before the Court on Defendant Michael Edward Nicholson's request for an extension of time to surrender to the Bureau of Prisons. As explained below, the Court grants the request.

On September 20, 2006, the Court sentenced Defendant to a term of two years probation. Thereafter, Defendant violated the terms of his probation. Consequently, on December 28, 2006, the Court ordered Defendant to serve sixty days in the custody of the Bureau of Prisons, with work release privileges if available. The Court ordered Defendant to surrender to the Bureau of Prisons on January 8, 2007.

Defendant surrendered on that date, but the Bureau of Prisons had not yet designated a facility where Defendant will serve his term. The Bureau of Prisons has informed the Court that it will have a facility designated for Defendant on February 5, 2007. The Court therefore finds that it is appropriate to extend the surrender date.

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall surrender to the United States Marshal Service, or at such a place as designated by the United States Marshal,

before 11:00 a.m. on February 5, 2007.

Upon completion of the sixty-day sentence, Defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of probation.

Date: January 19, 2007

                                            s/ Paul A. Magnuson
                                            Paul A. Magnuson
                                            United States District Court Judge